UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAM ROSSI MOTORSPORTS, LLC, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL GESSER, et al.,<br><br>   Defendants. | Case No. 24-cv-09393-WHO<br><br>**CONDITIONAL DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 147 |

On August 13, 2025, the ADR mediator in this matter posted notice that this case settled. Dkt. No. 147 (Certification of ADR Session and Notification of Settlement).  Accordingly, this matter is DISMISSED WITH PREJUDICE.  All scheduled pre-trial and trial dates are VACATED.  If any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated, and this cause shall be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: August 13, 2025



William H. Orrick
United States District Judge